In the Matter of the Petition of JOHN NEWTON, Commissioner, etc., for the Appointment of Commissioners of Appraisal.

In re Claim of the FEMALE ACADEMY OF THE SACRED HEART, Appellant.

(Argued April 25, 1892; decided May 6, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made September 21, 1891, which affirmed an order of Special Term confirming the report of commissioners of appraisal.

*James A. Deering* for appellant.

*Arthur N. Masten* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.